AARON D. LANCASTER, ESQ.
Nevada Bar No. 10115
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste. 200, Las Vegas, NV 89123 (*Nevada Office*)
600 Peachtree St. NE #3000, Atlanta, GA 30308 (*Corporate Office*)
Telephone:  (470) 832-5586
Email:  aaron.lancaster@troutman.com
*Attorneys for Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COLLEGIUM FUND LLC SERIES # 10, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER QUALITY LOAN SERVICE CORPORATION; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00391-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** |

Plaintiff Collegium Fund LLC Series #10 (**Collegium**) and Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper (**Nationstar**), by their attorneys, hereby submit this Stipulation for an extension of time for Nationstar to answer or otherwise plead up to and including March 23, 2022. In support of this Stipulation, the parties state as follows:

1. Plaintiff file its Complaint on or about February 10, 2022 in the District Court of Clark County, Nevada.

2. Nationstar was served with the Complaint and summons via its agent for service on February 18, 2022.

3. The action was removed to the United States District Court for the District of Nevada on March 2, 2022.

4. Nationstar desires additional time to review the Complaint, investigate its allegations, and prepare and appropriate response.

1

124564303

5.	Nationstar now seeks an order before this Court extending Nationstar's time to answer or otherwise plead up to and including March 23, 2022.

6.	This is the first request for additional time sough by Nationstar in this action.

This extension is sought in good faith and not for the purposes of delay.  Neither party will be prejudiced by this extension.

On March 9, 2022, Plaintiff's counsel confirmed, via email, the Plaintiff does not oppose an extension of time to answer or otherwise plead up to and including March 23, 2022.

| DATED this 9th day of March, 2022 | DATED this 9th day of March, 2022 |
|---|---|
| **TROUTMAN PEPPER HAMILTON SANDERS LLP** | **CLARK NEWBERRY LAW FIRM** |
| /s/ Aaron D. Lancaster<br>AARON D. LANCASTER, ESQ.<br>Nevada Bar No. 10115<br>8985 S. Eastern Ave., Ste. 200, Las Vegas, NV 89123 (*Nevada Office*)<br>600 Peachtree St. NE #3000, Atlanta, GA 30308 (*Corporate Office*)<br>*Attorney for Nationstar Mortgage LLC, dba Mr. Cooper* | /s/ Aimee Clark Newberry<br>AIMEE CLARK NEWBERRY, ESQ.<br>Nevada Bar No. 11084<br>410 S. Rampart Blvd., Suite 390<br>Las Vegas, Nevada 89145<br>*Attorney for COLLEGIUM FUND LLC SERIES # 10* |

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  3-10-2022

2

124564303