AIMEE CLARK NEWBERRY, ESQ.
Nevada Bar No. 11084
**CLARK NEWBERRY LAW FIRM**
410 S. Rampart Blvd., Suite #390
Las Vegas, Nevada 89145
T: (702) 608-4232
F: (702) 946-1380
aclarknewberry@cnlawlv.com
*Attorney for Collegium Fund LLC Series #10*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COLLEGIUM FUND LLC SERIES #10, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER; QUALITY LOAN SERVICE CORPORATION; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | CASE NO.:   2:22-cv-00391-CDS-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO NATIONSTAR MORTGAGE LLC DBA MR. COOPER'S MOTION TO DISMISS**<br>**(First Request)** |

   Plaintiff Collegium Fund LLC Series #10 (Collegium #10) and Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar"), by and through their attorneys of record, hereby submit this Stipulation for an extension of time for Collegium #10 to respond to Nationstar Mortgage LLC, dba Mr. Cooper's Motion to Dismiss Pursuant to FRCP 12(b)(6) [Doc #11] ("Motion to Dismiss"), from the current date of May 24, 2022 to June 21, 2022.

   This is the first request for an extension of time to respond to the Motion to Dismiss. This extension is sought in good faith, and is not intended to cause any delay or prejudice to any party. This extension is being requested to accommodate Collegium #10's counsel, who has a minor child who is being admitted to UCLA following her extended critical course and post cancer care.

*Case 2:22-cv-00391-CDS-VCF*
*Stipulation and Order to Extend Time*

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 12th day of May 2022 | DATED this 12th day of May 2022 |
| **CLARK NEWBERRY LAW FIRM** | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| */s/ Aimee Clark Newberry* | */s/ Vanessa M. Turley* |
| AIMEE CLARK NEWBERRY, ESQ. | VANESSA M. TURLEY, ESQ. |
| Nevada Bar No. 11084 | Nevada Bar No. 14635 |
| 410 S. Rampart Blvd., Suite 390 | 8985 S. Eastern Ave., Ste. 200, Las Vegas, NV 89123 (*Nevada Office*) |
| Las Vegas, NV 89145 | 600 Peachtree St. NE #3000, Atlanta, GA 30308 (*Corporate Office*) |
| *Attorney for Collegium #10* | *Attorney for Nationstar* |

**IT IS HEREBY ORDERED** that Plaintiff Collegium Fund LLC Series #10 shall file its response to Nationstar Mortgage LLC, dba Mr. Cooper's Motion to Dismiss Pursuant to FRCP 12(b)(6) [Doc #11] on or before June 21, 2022.

_____
US DISTRICT COURT JUDGE

DATED:  May 12, 2022

Respectfully submitted by:

CLARK NEWBERRY LAW FIRM

   */s/ Aimee Clark Newberry*
AIMEE CLARK NEWBERRY, ESQ.
Nevada Bar No. 11084
410 S. Rampart Blvd., #390
Las Vegas, NV 89145
(702) 608-4232
*Attorney for Collegium #10*