VANESSA M. TURLEY, ESQ.
Nevada Bar No. 14635
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
8985 S. Eastern Ave., Ste. 200, Las Vegas, NV 89123 (*Nevada Office*)
600 Peachtree St. NE #3000, Atlanta, GA 30308 (*Corporate Office*)
Telephone: (470) 832-5572
Email:  vanessa.turley@troutman.com

*Attorneys for Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COLLEGIUM FUND LLC SERIES # 10, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER QUALITY LOAN SERVICE CORPORATION; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00391-CDS-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |

Plaintiff Collegium Fund LLC Series #10 (**Collegium**) and Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper (**Nationstar**), by their attorneys, hereby submit this Stipulation for an extension of time for Nationstar to file its Reply in Support of Motion to Dismiss. In support of this Stipulation, the parties state as follows:

1. Plaintiff filed its Complaint on or about February 10, 2022 in the District Court of Clark County, Nevada.

2. Nationstar was served with the Complaint and summons via its agent for service on February 18, 2022.

3. The action was removed to the United States District Court for the District of Nevada on March 2, 2022.

4. Nationstar filed its Motion to Dismiss on May 10, 2022

1

127385746

5. Plaintiff filed its Opposition to Nationstar's Motion to Dismiss on June 16, 2022

6. Now, Nationstar requests addition time to file its Reply in Support of Motion to Dismiss and will file the Reply by July 12, 2022.

7. This is the second request for additional time sought by Nationstar in this action.

8. This extension is sought in good faith and not for the purposes of delay.  Neither party will be prejudiced by this extension.

On June 21, 2022, Plaintiff's counsel confirmed, via email, the Plaintiff does not oppose an extension of time to file Nationstar's Reply in Support of its Motion to Dismiss up to and including July 12, 2022.

| DATED this 29th day of June, 2022 | DATED this 29th day of June, 2022 |
|---|---|
| **TROUTMAN PEPPER HAMILTON SANDERS LLP** | **CLARK NEWBERRY LAW FIRM** |
| */s/ Vanessa M. Turley* <br> VANESSA M. TURLEY, ESQ. <br> Nevada Bar No. 14635 <br> 8985 S. Eastern Ave., Ste. 200, Las Vegas, NV 89123 (*Nevada Office*) <br> 600 Peachtree St. NE #3000, Atlanta, GA 30308 (*Corporate Office*) <br><br> *Attorney for Nationstar Mortgage LLC, dba Mr. Cooper* | */s/ Aimee Clark Newberry* <br> AIMEE CLARK NEWBERRY, ESQ. <br> Nevada Bar No. 11084 <br> 410 S. Rampart Blvd., Suite 390 <br> Las Vegas, Nevada 89145 <br><br> *Attorney for COLLEGIUM FUND LLC SERIES # 10* |

IT IS SO ORDERED.

DATED: July 1, 2022                  _____
                                     UNITED STATES DISTRICT JUDGE

2

127385746