BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste 200
Las Vegas, NV 89123 *(Nevada Office)*
600 Peachtree St. NE # 3000
Atlanta, GA 30308 *(Corporate Office)*
Tele: (470) 832-5586
Fax:  (404) 962-6800
brody.wight@troutman.com

*Attorneys for Nationstar Mortgage LLC dba Mr. Cooper*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COLLEGIUM FUND LLC SERIES #10, a Nevada limited liability company<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, d/b/a MR. COOPER; QUALITY LOAN SERVICE CORPORATION; DOE individuals 1 through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | Case 2:22-cv-00391-CDS-VCF<br><br>**MOTION TO REMOVE ATTORNEY FROM THE ELECTRONIC SERVICE LIST** |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that attorney Vanessa M. Turley, Esq. is no longer associated with the law firm of Troutman Pepper Hamilton Sanders, LLP ("Troutman Pepper") and request that Ms. Turley be removed from the service list.

///

///

///

///

///

///

///

129524755

Troutman Pepper continues to serve as counsel for Nationstar Mortgage LLC dba Mr. Cooper in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Brody R. Wight.

Dated this 3rd day of April, 2023.

TROUTMAN PEPPER HAMILTON SANDERS LLP

*/s/ Brody R. Wight*
BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
8985 S. Eastern Ave., Ste 200
Las Vegas, NV 89123 *(Nevada Office)*
600 Peachtree St. NE # 3000
Atlanta, GA 30308 *(Corporate Office)*

*Attorneys for Nationstar Mortgage LLC, dba Mr. Cooper*

## ORDER

There being good cause, IT IS ORDERED that the Motion to Remove Attorney Vanessa Turley is GRANTED.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  4-4-2023  _____

129524755